IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-581-FDW-DCK

| | |
|---|---|
| LAQUITA NICHOLE MCGINNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLSTATE INSURANCE COMPANY, and ) | |
| ALLSTATE CUSTOMER CONTACT ) | |
| CENTER – CHARLOTTE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) filed by Kirk J. Angel, concerning Lyndon Clay White on February 6, 2015. Mr. Lyndon Clay White seeks to appear as counsel *pro hac vice* for Plaintiff Laquita Nichole McGinnis. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) is **GRANTED.** Lyndon Clay White is hereby admitted *pro hac vice* to represent Plaintiff Laquita Nichole McGinnis.

**SO ORDERED**.

Signed: February 9, 2015

David C. Keesler
United States Magistrate Judge